UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Naomi Collins v. Bayer Corporation, et al.* | No. 12-cv-10341-DRH |
| *Amanda Eahehart v. Bayer Corporation, et al.* | No. 11-cv-13469-DRH |
| *Monica Fuchs v. Bayer Corporation, et al.* | No. 12-cv-10237-DRH |
| *Kari Kilwein v. Bayer Corporation, et al.* | No. 11-cv-12018-DRH |
| *Linda Kosovec v. Bayer Corporation, et al.* | No. 11-cv-13007-DRH |
| *Deetta Mabry v. Bayer Corporation, et al.* | No. 12-cv-11294-DRH |
| *Cynthia Miller v. Bayer Corporation, et al.* | No. 10-cv-12625-DRH |
| *Emily Mitchell v. Bayer Corporation, et al.* | No. 12-cv-11196-DRH |
| *Juanita Stallings v. Bayer Corporation, et al.* | No. 10-cv-12785-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

APPROVED: David R. Herndon
2015.03.16 09:34:44 -05'00'
DISTRICT JUDGE
U. S. DISTRICT COURT

2